journal

Q Join Sign In

Home   Top Stories   Latest Stories

# Nigeria's Richest Kids - Meet Adesuwa Ogiozee (Photos).

 by JIDE OKONJO about a year ago in CELEBRITIES

Subscribe   

You won't believe how she got her money.



You won't believe how she got her money.

Till today, one of the most popular stories I have ever written is a story I wrote 4 months ago titled *7 Richest Kids in Nigeria (Photos)*.

### 7 Richest Kids in Nigeria (Photos).

Talk about young money.

 Journal

Till today, I get messages to do a second part to this story but this time, to focus more on the grown-up kids. I listened and I went compiling a list of names.

What I quickly realized was that a list of Richest Grown up Kids in Nigeria would be wayy too long to give you all in one sitting. I wrote name after

9/17/2021 Nigeria's Richest Kids : Meet Adesuwa Ogiozee (+ Photos). | Jide...

Case 1:20-cr-02124-MV Document 13-1 Filed 09/17/21 Page 3 of 23

name after name after name. Right now, my compiled list of Richest Nigerian Kids is very very LONG.

So, I decided to make it into a SERIES.

Every week, I'll share with you a new name on my list. The order will be arbitrary. I'm currently watching The Blacklist and I love how the blacklist names are not given in chronological order. So, in that same vein, the order of my list will be given to you in no chronological order.

Today, I'll be sharing with you yet another name on my list. She is the young CEO of one of the most successful car brokers in Africa.

Are you ready to jump in and find out who it is? Then let's go!

**Before reading on, make sure to like and follow my Facebook page so you don't miss out on any new and interesting lists, articles, and stories that I post every single day. I have a really fun page. If you like my page, you will have fun too. So what's stopping you? Like my page and let's have fun together!



## Who is Adesuwa Ogiozee?



Adesuwa Renee Ogiozee is the Chief Executive Officer of Renzee Logistics, a company that touts itself as the number one auto broker in Africa.

Interestingly, Adesuwa says that the establishment of her company was not planned. In fact, the idea only came to her after her own car was stolen from where she lived in Dallas, Texas, America. Although the vehicle was later found, that entire ordeal sparked something in Adesuwa that has since gone on to make her a young boss that has sold expensive cars to big Nigerian names including MC Galaxy, Omoniibirin, and Dr. Dolor to name a few.



Adesuwa Renee Ogiozee is a graduate who studied Accounting and received her diploma in 2005 from Delta State University Abraka. After her studies, her father relocated her and her siblings to America where she also bagged a diploma in Theology from the Christ for the Nations Institute, Dallas, Texas.

She is still a student. She is presently enrolled in the University of Phoenix, Arizona pursuing a degree in medical administration.

Case 1:20-cr-02124-MV Document 13-1 Filed 09/17/21 Page 7 of 23



Her interest in selling cars was born after her and her sister once forgot to remove the car keys from the door keyhole and so, had the car stolen. They went to the Dallas Police who advised them to call their insurance company. Unfortunately for them, they had no insurance at the time. Later, the car was miraculously found.

After the car was found, she tried to sell it off because she had become afraid of the car. She received no good offers. So, her mom advised her to ship it to Nigeria. She listened. Immediately it reached Nigeria, the car sold and not only did it sell, it sold and made a profit. Adesuwa's interest in selling cars was born that day.

Now, she is one of the most sought-after car dealers in Africa. Her Instagram, Renee5star has over 242 THOUSAND followers, and her company boasts sales of over 3,000 cars across Africa.



She has been recognized with a Business Entrepreneur of the Year award in 2018, a Ladies In Business Achiever of the Year award, and a Heritage Awards Business Executive of the Year award in 2019.

With her money, she has placed over 50 students in her scholarship program, sponsored over 10 major surgeries for people with dire conditions, and gives back through numerous charity projects including the N1,000,000 giveaway she did in 2019.

Talk about a young woman making boss moves, looking good while doing it, and still helping the less privileged.

Adesuwa is an example and role model, and we're happy that her hard work has paid off for her.

Nigeria's Richest Kids - Meet Adesuwa Ogiozee (Photos) | Journal

















# That's All.

Don't forget to like my page:



I'm sure you've loved reading this piece. To make sure you keep having fun and don't miss out on any fun in the future, be sure to like and follow my Facebook page above. It's a really fun page and you're really going to love it. So what's stopping you? Like it!

To catch up other content you might have missed, <u>click here</u>.

Until next time, have a wonderful rest of your day!

### Meet Nigeria's Richest Kids – #15 Osborn Nweze (Photos)

This week, meet a 22-year-old governor's son.

G Geeks

## 7 Nigerian Celebrities Whose Parents are PASTORS.

7 real omo pastors.

 Geeks

CELEBRITIES

 



Jide Okonjo

Your one stop spot for everything Nigerian on VOCAL

Subscribe

Receive stories by Jide Okonjo in your feed

 Jide Okonjo

 $1 ∨    Send tip

**Read next:** Why Denny's Is the Perfect Starter Job for a Cook

## The Basics of Business English

 Ben W
about a year ago



It is likely that you will want to improve your English for purely professional reasons at some point. If that's not you, then this blog post will not apply to you. However, as you get older and you advance in your career or your business pursuits, you may find it to your advantage to know the basics of business English. In addition to the vocabulary and the grammar, you need to be aware of the major steps before you can advance in your position. I cover a number of these topics in both Business English private lessons and also in an online course specifically for this subject.

## The Best Careers Without Degree Requirements



Dr. Ethan Levi
4 years ago



Chances are your parents used to tell you you wouldn't be able to get a good job without a college degree. In previous decades, this may have been truer than it is today. Why? Because even people with college degrees have a hard time finding employment these days. So don't get down on yourself. You can make your way with the best careers without degree requirements.

# Interview with TSOLife CEO David Sawyer



Natasha Sydor
5 years ago



His grandmother's death inspired a vision; David Sawyer's interview may inspire you as well. Storytelling is the most powerful way to put ideas into the world today. For David Sawyer, storytelling has allowed him to become one of the youngest CEO's in the country. As a senior at Stetson University in Deland, Florida, Sawyer is the CEO and founder of TSOLife, a web application that allows users to share their own legacies for future generations. The Story of Life, LLC (TSOLife) is an innovative genealogy and personal narrative service that revolutionizes how we record stories and present our legacies to future generations. It does not follow the typical path of searching for public documents. Instead, it empowers users to write their own histories. Through TSO Life's web platform, users are allowed to be remembered the way they want to be remembered and pass down a personal legacy to their future generations.

## Sometimes... Coffee



J. Alekzander
2 years ago



Employee engagement, employee happiness, employee BREAKS!? In a movie, that's where the record player would scratch to indicate something terrible just happened. BREAKS!? "Workers aren't hired to take breaks; they're hired to WORK!" That's one person's opinion. I think this sentence should be said like this, "PEOPLE are invited in roles to increase production." Research shows, paradoxically, that taking breaks can supplement and increase productivity. I'm a fortunate man, for many reasons, but incredibly fortunate to work for a company that provides some autonomy, empowers me to make decisions and allows me to empower those I work with. In our growing company, our Marketing Department is comprised of two people; myself and a wonderful person named Amber. Our roles have been set up to support our "happy place" in the context of workflows. I'm empowered to think big, vision-cast, and oversee big projects. Amber comes alongside me and makes sure that while I'm being a dreamer and visionary, the small details don't get missed. Even though we are in our happy places, there are of course things we have to do that we don't love. Amber is an incredibly efficient worker-bee, but that doesn't mean she doesn't get tired, frustrated with a process, or straight up burnt out on a project. I saw this. Not just in her, but also myself. What's the solution? I established a weekly 1-1 over coffee. We think bigger, we bond, and we get things done. Period. As a result of these meetings, we have been become more productive and more connected in thought and communication. What's the takeaway? Sometimes… Coffee. Just take a break. For you analytical, black & white people, here are a few pointers for you to consider:

## Whatever Happened to the Business Card?



Emily McCay
5 years ago



"Every dog has its day" as the old expression goes, which in the case of the humble business card means that it's "15 minutes of fame" has, rather remarkably, persisted for well over 400 years. There is reasonable historical evidence that the business card may have found its beginnings in China in the 1400s—certainly not in the form of a business card per se—but rather the means by which one identified him or herself.

## BELOW PAR PACKAGING HARMS YOUR DISPENSER BUSINESS



Justin Martin
about a year ago

  

Explore    Contact    Privacy Policy    Terms of Use    Support

Powered by Vocal © 2021 Creatd, Inc. All Rights Reserved.



Usually, dispenser boxes manufacture think that their product will survive and do well if it is made at high standards, but it is not valid, as the product only can't guarantee you success. The other processes involved in the goods' course in business are equally necessary, and one of the most paramount factors is the packaging.