UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

Adesuwa Renee Ogiozee
_____
*Defendant*

Case No. 1:20-cr-02124-MV-4

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Adesuwa Renee Ogiozee__, Defendant, understand that I am scheduled for a __Arraignment__ hearing on __October 4, 2021__.
*nature of hearing*         *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: __10/1/2021__                     _____
                                                            *Defendant's signature*

                                                    __/s/ Donald F. Kochersberger, III__ .
                                                       *Signature of defendant's attorney*
                                                    __Donald F. Kochersberger, III__
                                                       *Printed name of defendant's attorney*
                                                    __Donald@BusinessLawSW.com__
                                                       *Defendant's attorney's e–mail address*