FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                                                             CR 20-2124 MV

**ADESUWA RENEE OGIOZEE,**

    Defendant.

## ORDER ADOPTING CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court for Initial Appearance, Arraignment and Detention Hearings, attorney Kimberly Brawley appearing for the government and attorney Donald Kochersberger appearing for the defendant, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in the Eastern District of Missouri, St. Louis Division, are hereby **ADOPTED** by this Court.

                                                                  _____
                                                                   John F. Robbenhaar
                                                                   United States Magistrate Judge