IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 20-cr-2124-MV |
| ) | |
| **Olutayo Ogunlaja, et.al.** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

Assistant United States Attorney Kimberly Brawley notifies the Court that she withdraws as counsel of record for the United States, and in substitution, therefore, Jeremy Peña hereby enters his appearance on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Jeremy Peña.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

JEREMY PEÑA
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274

I HEREBY CERTIFY that on the 12th day of December, 2022, I filed the foregoing   pleading electronically through the   CM/ECF system, which caused counsel   of record for defendant to be served
by electronic means.

 */s/ Electronically filed on 12/12/2022*
JEREMY PEÑA
Assistant United States Attorney