# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before the Honorable Martha Vázquez*

| | |
|---|---|
| **Case No.:** CR 20-2124-MV | **Date:** December 13, 2022 |
| **Title:** USA v. Ogunlaja, et al. | |
| **Courtroom Clerk:** Linda Romero | **Court Reporter:** Jan Davis, District of Wyoming |
| **Court in Session:** 3:08 p.m. | **Court in Recess:** 3:42 p.m. |
| TOTAL TIME IN COURT = 34 minutes | |

| | |
|---|---|
| **TYPE OF PROCEEDING:** | Status Conference |
| **COURT'S RULINGS AND/OR DISPOSITION:** | Court will issue a new scheduling order with a trial date in February 2024. |
| **ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** | |
| **INTERPRETER:** | |

**ATTORNEY(S) FOR PLAINTIFF:**

AUSA Jeremy Pena

**ATTORNEY(S) FOR DEFENDANT:**

AFPD Alejandro Fernandez

Nicholas Hart
Uzoma Eze
Matthew Radefeld
Diego Esquibel

**PROCEEDINGS:**

3:08 p.m.    Court in Session, all parties and defendants, with the exception of defendant Andesuwa Ogiozee, appeared by Zoom.

AUSA Jeremy Pena indicates that he took over the case a few days ago and reports to the Court regarding the discovery in the case. The current defendants

        have each been provided with 39,000 pages of discovery.   The current defendants will each also receive 4 terabytes of data.   AUSA Pena indicates that he believes that completion of discovery could be done by March of 2023 and that the case could be ready for trial in February of 2024, pushing all the scheduling order deadlines out for one year.

        Court indicates she is concerned about the government's policy of not allowing dispositive motions to be filed during plea negotiations and the potential delay of this case.   AFPD Alejandro Fernandez advises that he would be prepared to file dispositive motions within two months after discovery is complete.   Defense counsel Nicholas Hart and defense counsel Diego Esquibel advise that they would be able to do the same. Defense counsel Matthew Radefeld advises that the last discovery documents received were in March of 2022.   Court requests that the government provide the remaining discovery as expeditiously as possible.

        Court requests a trial estimate from the parties.   AUSA Pena estimates two weeks, all defense counsel agree with that estimate.

3:42 p.m.       Court in recess.