IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-2124 MV |
| ) | |
| vs. ) | |
| ) | |
| ADESUWA RENEE OGIOZEE, ) | |
| ) | |
| Defendants. ) | |

### ORDER DENYING DEFENDANT OGIOZEE'S
### SECOND REQUEST FOR MODIFICATION OF BOND CONDITION

THIS MATTER having come before the Court on Defendant Ogiozee's Second Request for Modification of Bond Condition (hereinafter "Motion") (Doc. 58).  The Court, having reviewed the Motion, the United States' Response (Doc. 59), and having held a hearing on December 13, 2022, finds that the Motion should be DENIED at this time and finds as follows.

1. On December 8, 2021, this Court had previously granted Defendant's request that she be allowed three hours per weekday to be out of her home.  Defendant was to inform her Pre-Trial Services Officer of her whereabouts and she remained on the location monitoring program. Defendant was also required to provide her Pretrial Services Officer with ongoing proof of lawful employment on a weekly basis and any other financial documentation requested by Pretrial Services.  All other imposed conditions of release were also to remain in place.

2. Defendant has been on home detention for the last eight (8) months, but has not complied with this Court's Order that she provide proof of lawful employment and other financial documentation requested by her Pretrial Services Officer.

IT IS THEREFORE ORDERED THAT Defendant's Second Request for Modification of her Bond Condition is DENIED at this time.  The Court will consider a renewed Motion after the

Defendant has complied with the Court's Order regarding the financial documentation requested by Pretrial Services.

_____
MARTHA VÁZQUEZ
United States District Judge